IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG

LILLIAN C. ETTER, individually
and as Co-Trustee of the
McClughan Living Trust Dated June
29, 2001,

    Plaintiff,

v.                                    Civil Action No. 3:06-CV-139
                                    (Judge Bailey)

RANDY B. MAZZOTTI, individually
as Co-Trustee of the
McClughan Living Trust Dated June
29, 2001, JULIE MAZZOTTI, and
LACY J. MAZZOTTI,

    Defendants.

## ORDER SETTING SCHEDULING CONFERENCE

For reasons appearing to the Court, it is hereby **ORDERED** that a **telephonic scheduling conference** be held on **July 27, 2007, at 2:30 pm**. The parties are advised that the Court shall be responsible for initiating the conference call.

It is so **ORDERED**.

The Clerk is directed to transmit true copies of this order to all counsel of record.

DATED this _____ day of July 2007.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE