# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
# MARTINSBURG

**LILLIAN C. ETTER, individually
and as Co-Trustee of the
McClughan Living Trust Dated
June 29, 2001,**

    Plaintiff,

**v.**                                           **CIVIL ACTION NO. 3:06-CV-139**
                                                  (BAILEY)

**RANDY B. MAZZOTTI, individually
and as Co-Trustee of the
McClughan Living Trust Dated
June 29, 2001, JULIE MAZZOTTI,
and LACY J. MAZZOTTI,**

    Defendants.

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE
## TO FILE AMENDED COMPLAINT

On this day, the above-styled matter came before the Court upon consideration of Plaintiff's Motion for Leave to File Amended Complaint [Doc. 56]. In her motion, the plaintiff seeks leave to file an Amended Complaint in order to assert additional causes of action and more specific allegations in support of her various causes of action in light of information obtained during the discovery process. Finding good cause, it is this Court's opinion that the motion [Doc. 56] should be, and is, hereby **GRANTED**. Accordingly, the plaintiff is **ORDERED** to refile her Amended Complaint.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record herein.

**DATED:** December 17, 2007.

JOHN PRESTON BAILEY
UNITED STATED DISTRICT JUDGE