IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
Martinsburg Division

FILED
MAR - 3 2008
U.S. DISTRICT COURT
MARTINSBURG, WV 25401

LILLIAN C. ETTER, individually,
and as Co-Trustee of the McCLUGHAN
LIVING TRUST DATED JUNE 29, 2001,

*Plaintiff,*

v.

CIVIL ACTION NO. 3:06-CV-139
Judge Bailey

RANDY B. MAZZOTTI, individually,
and as Co-Trustee of the McCLUGHAN
LIVING TRUST DATED JUNE 29, 2001,
JULIA. A. MAZZOTTI, and LACY J.
MAZZOTTI,

*Defendants.*

## AGREED ORDER DIRECTING CLERK TO RELEASE ALL FUNDS TO PLAINTIFF

ON A PREVIOUS DAY came the Plaintiff, LILLIAN C. ETTER, individually, and as Co-Trustee of the McClughan Living Trust dated June 29, 2001, by counsel, and the Defendants, RANDY B. MAZZOTTI, individually, and as Co-Trustee of the McClughan Living Trust dated June 29, 2001, JULIA. A. MAZZOTTI, and LACY J. MAZZOTTI, by counsel, and advised the Court that the parties have settled all issues, disputes, controversies, claims, and counterclaims which exist between the parties pursuant to the terms of a February 22, 2008 Mediation Settlement Agreement. As part of this Settlement Agreement, the Plaintiff shall receive forthwith all monies currently held pursuant to the Court's August 10, 2007 *Agreed Order Directing Clerk to Deposit Funds* (document #22).

WHEREUPON the parties jointly moved the Court to direct the Clerk to release to the Plaintiff forthwith all monies currently held pursuant to the Court's August 10, 2007 *Agreed Order Directing Clerk to Deposit Funds* (document #22).

UPON MATURE CONSIDERATION of the parties' joint motion, and it appearing otherwise proper, it is accordingly **ORDERED** that the parties' joint motion shall be, and hereby is, GRANTED. The Clerk shall release to the Plaintiff forthwith all monies currently held pursuant to the Court's August 10, 2007 *Agreed Order Directing Clerk to Deposit Funds* (document #22). The Clerk shall also enter this Agreed Order as of the date set forth below and transmit an attested copy to all counsel of record.

ENTERED on the 24th day of February, 2008.

JOHN P. BAILEY
UNITED STATES DISTRICT JUDGE

| APPROVED BY: | PREPARED BY: |
|---|---|
| /s/ *Kenneth J. Barton, Jr.* | /s/ *Joseph L. Caltrider* |
| Kenneth J. Barton, Jr. WVSB #6044 | Joseph L. Caltrider WVSB #6870 |
| M. Dawn Alexander WVSB #8722 | Christine M. Riley WVSB #10307 |
| Steptoe & Johnson PLLC | Bowles Rice McDavid Graff & Love LLP |
| Post Office Box 2629 | Post Office Drawer 1419 |
| Martinsburg, West Virginia 25402 | Martinsburg, West Virginia 25402 |
| bartonkj@steptoe-johnson.com | (304) 264-4214 |
| alexanmd@steptoe-johnson.com | jcaltrider@bowlesrice.com |
| *Counsel for the Defendants* | criley@bowlesrice.com |
| | *Counsel for the Plaintiff* |